840

No. 63. NORTHWESTERN BANDS OF SHOSHONE INDIANS *v.* UNITED STATES. June 11, 1945. The motion to recall and amend the mandate and for other relief is denied.

No. 953. FINN, TRUSTEE, *v.* MEIGHAN, SUBSTITUTED TRUSTEE. June 11, 1945. Order entered amending opinion.

No. 1287. ASHLAND COAL & ICE CO., INC. ET AL. *v.* UNITED STATES ET AL.

June 18, 1945. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *Standard Oil Co.* v. *United States,* 283 U. S. 235, 240–41; *George Allison & Co.* v. *United States,* 296 U. S. 546. Dissenting: MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS. *Messrs. Walter M. Evans* and *Harry C. Ames* for appellants. *Solicitor General Fahy* and *Mr. Daniel W. Knowlton* for the United States et al., and *Messrs. Frank W. Gwathmey, Horace L. Walker, D. Lynch Younger, Charles Clark* and *John C. Donnally* for the Atlantic Coast Line Railroad Co. et al., appellees.